IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO A. WILLIAMS,

       Plaintiff,                     No. CIV S-11-1687 GGH P

  vs.

GARY SWARTHOUT, Warden, et al.,

       Defendants.           ORDER

/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for entry of default, but defendants have timely filed a motion to dismiss. Plaintiff's motion for default is denied and plaintiff must file an opposition to the motion to dismiss or this case will be dismissed.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for default (Doc. 20) is denied;

       2. Plaintiff must file an opposition to the motion to dismiss.

DATED: May 3, 2012

                                   /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE

ggh: ab
will1687.ord